IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DEMARIO D. WALKER, #L1625                                                    PETITIONER

VERSUS                                            CIVIL ACTION NO. 3:09-cv-692-HTW-LRA

MARGRETT BINGHAM and JIM HOOD                                              RESPONDENTS

## ORDER

This cause comes before the Court on Petitioner's Response and Voluntary Dismissal of Petition [11] filed April 22, 2010. In his Response [11], Petitioner states that "he do[es] not meet the in custody requirement and moves to dismiss the instant petition without prejudice." This Court is of the opinion that the request to voluntarily dismiss the instant petition is well taken and should be granted. Accordingly, this cause is hereby **dismissed** without prejudice.

**SO ORDERED** this the 23rd day of April, 2010.

UNITED STATES MAGISTRATE JUDGE